CARLIE CHRISTENSEN, United States Attorney (#633)
STANLEY H. OLSEN, Assistant United States Attorney (#2466)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682 • Fax: (801) 325-3387

RECEIVED
NOV 15 2010
U.S. MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | : | MAGISTRATE NO. 2:10-MJ-309 DN |
|---|---|---|
| Plaintiff, | : | COMPLAINT |
| vs. | : | VIO. 18 U.S.C. § 1073 |
| MARIO PERAZA-ARMENTA, | : | UNLAWFUL FLIGHT TO AVOID PROSECUTION |
| Defendant. | : | |

Before the United States Magistrate Judge for the District of Utah, appeared the undersigned, who on oath deposes and says:

COUNT I

On or about February 7, 1996, in the Central Division of the District of Utah,

MARIO PERAZA-ARMENTA,

defendant herein, did, move and travel in interstate commerce, to wit, from Salt Lake County, Utah, in the Central Division of the District of Utah, to a point outside the State and District of Utah, with intent to avoid prosecution under the laws of the State of Utah for the offense of Criminal Homicide, a first degree felony in violation of Utah Code Annotated Section 76-5-203 all in violation of Title 18 United States Code Section 1073.

Complainant states that this complaint is based on information obtained through investigation consisting of the following:

    1.    Communication with the Salt Lake Police Department, who advised that from investigation conducted by their office, they have determined that the defendant has fled from Utah, and subject is believed to be in Mexico.

    2.    Personal examination of the certified copy of the State process charging Mr. Mario Peraza-Armenta, with one violation of UCA 76-5-203, has taken place. Copies are attached hereto.

_____
BRIAN YOUNG
United States Marshals Service

SUBSCRIBED AND SWORN TO BEFORE ME this 15 day of
_____, 2010.

_____
United States Magistrate Judge

APPROVED:

CARLIE CHRISTENSEN
United States Attorney

_____
STANLEY H. OLSEN
Assistant United States Attorney

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION — IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☐ INDICTMENT

Name of District Court, and/or Judge/Magistrate Location (City)

**CENTRAL - DISTRICT OF UTAH**

**OFFENSE CHARGED**

Unlawful Flight to Avoid Prosecution

☐ Petty
☐ Minor
☐ Misdemeanor
☐ Felony

Place of offense: Central Division, District of Utah

U.S.C. Citation: 18 :1073

**DEFENDANT — U.S. vs.**

MARIO PERAZA-ARMENTA,

Address:

Birth Date: 11/20/1970

☒ Male  ☐ Female  ☐ Alien (if applicable)

(Optional unless a juvenile)

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any):

Brian Young, USMS

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: Carlie Christensen

☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): STANLEY H. OLSEN

**DEFENDANT**

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges
☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed: Mo. / Day / Year

DATE OF ARREST:

Or... if Arresting Agency & Warrant were not Federal

DATE TRANSFERRED TO U.S. CUSTODY: Mo. / Day / Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**