JOHN W. HUBER, United States Attorney (#7226)
ADAM S. ELGGREN, Assistant United States Attorney (#11064)
Attorneys for the United States of America
111 South Main State Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

IN THE UNITED STATES MAGISTRATE COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MARIO PERAZA-ARMENTA, Defendant. | Case No. 2:10-mj-00309 NOTICE OF SUBSTITUTION OF COUNSEL |

Comes now, the United States by and through the undersigned Assistant United States Attorney, hereby gives notice that AUSA Adam S. Elggren now serves as substitute counsel for the United States in place of Assistant United States Attorney Lake Dishman.

DATED this 7th day of July, 2020.

JOHN W. HUBER
United States Attorney

*/s/ Adam S. Elggren*
Adam S. Elggren
Assistant United States Attorney